```
                                    FILED
                         CLERK, U.S. DISTRICT COURT

                              AUG 12 2009

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY                     DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR06-0705 DDP |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | 18 U.S.C. § 3143(a) |
| Aaron James Kuhr | · Allegations of Violations of Probation/Supervised Release Conditions) |
| Defendant. | |

On arrest warrant issued by the United States District Court for the ___CD Cal___ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A.  (✓) the appearance of defendant as required; and/or

    B.  ( ) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

    A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

    B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _prior supervised release violation and instant allegations demonstrate that defendant is not amenable to supervision; Substance abuse history_

IT IS ORDERED that defendant be detained.

DATED: 8/12/09

_____
United States Magistrate Judge

2