FILED
CLERK, U.S. DISTRICT COURT

MAY - 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR 06-705-DDP

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation |
| | ) Supervised Release) |
| Aaron James Kunr | ) Conditions of Release) |
| Defendant. | ) |

    In this case involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

    (A)  (X)  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//

//

1    The Court concludes that:
2  A.    ( )    Defendant poses a risk to the safety of other persons or the
3                community because defendant has not demonstrated by clear and
4                convincing evidence that:
5    _____
6    _____
7    _____
8    _____

10 (B)   (X)    Defendant is a flight risk because defendant has not shown by clear
11               and convincing evidence that:
12    _____PREVIOUS REVOCATION_____
13    _____FTA PER PSTUT_____
14    _____
15    _____

17         IT IS ORDERED that defendant be detained.

19  DATE: MAY 5, 2011

                                    /s/
                                    _____
21                                  MICHAEL R. WILNER
22                                  UNITED STATES MAGISTRATE JUDGE